AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

ASSEM A. ABULKHAIR

              Plaintiff                              ORDER ON APPLICATION
                                                      TO PROCEED WITHOUT
     V.                                                  PREPAYMENT OF FEES

RUBEN BANKS

              Defendant                            Case Number: 09-6490 (SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐   GRANTED, and

    ☐ The clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: *Plaintiff fails to State a claim upon which relief may be granted & The Statute of Limitations has expired on any claim arising from an accident on October 13, 1999.*

ENTER this 5th day of January, 2010

                                                              Signature of Judicial Officer

                                                              Susan D. Wigenton, U.S.D.J.
                                                              Name and title of Judicial Officer